FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BALKRISHNA SETTY, individually and as general partner in Shrinivas Sugandhalaya Partnership with Nagraj Setty; SHRINIVAS SUGANDHALAYA (BNG) LLP, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> SHRINIVAS SUGANDHALAYA LLP, <br><br> Defendant-Appellant. | No.    18-35573 <br><br> D.C. No. 2:17-cv-01146-RAJ Western District of Washington, Seattle <br><br> ORDER WITHDRAWING OPINION |

Before:  D.W. NELSON, RAWLINSON, and BEA, Circuit Judges.

The opinion filed January 20, 2021, and appearing at 986 F.3d 1139 (9th Cir. 2021), is withdrawn.  It may not be cited by or to this court or any district court of the Ninth Circuit.  A new disposition will be filed in due course.  Accordingly, appellant Shrinivas Sugandhalaya LLP's petition for rehearing en banc is DENIED as moot.  Subsequent petitions for rehearing and petitions for rehearing en banc may be filed following the filing of a new disposition.